IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:10-1031-JFA |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DAMON D. MCDUFFIE | ) | |
| _____ | ) | |

The defendant pled guilty in this court and was sentenced to a custodial term of 15 months. He is scheduled to report to the designated institution on June 15, 2012.

In the motion presently before the court, the defendant contends that "exceptional circumstances" are present in his case that would warrant this court's issuing an order allowing him to remain free on bond pending his appeal.

Inasmuch as the defendant pled guilty to the charges and was sentenced within the advisory guidelines range, and after the court's review of the entire record in this case, the court finds no exceptional circumstances warranting the relief sought. Accordingly, the defendant's motion for bond pending appeal (ECF No. 69) is denied.

IT IS SO ORDERED.

June 19, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge